PER CURIAM.

An examination of the record and briefs in the above-styled and entitled cause shows that there was evidence which, if believed, and which the Examiner and the Board assert that they did believe, would support the finding and order in this case.

Let the order be enforced.

fact copied the plaintiff's music; and that it was not so clearly in the plaintiff's favor that the judge could properly have directed a verdict. It follows that the only question open upon this appeal is the correctness of the charge. Although the plaintiff did not except to any part of it, we have read it with care, and we hold that it fairly presented the questions which the jury had to decide.

Judgment affirmed.

## ARNSTEIN v. PORTER.
### No. 110, Docket No. 20386.

Circuit Court of Appeals, Second Circuit.
Dec. 26, 1946.
Writ of Certiorari Denied April 7, 1947.

## BROWN v. PENNSYLVANIA R. CO.
### No. 126, Docket 20414.

Circuit Court of Appeals, Second Circuit.
Jan. 8, 1947.

Ira B. Arnstein, pro se.

Samuel J. Silverman, and Paul, Weiss, Wharton & Garrison, all of New York City, for appellee.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

There can be no doubt that the evidence upon the trial presented a disputed issue as to whether the defendant had in

Louis J. Carruthers, of New York City (Ralph E. Hemstreet, of Brooklyn, N. Y., of counsel), for appellant.

Morris A. Wainger, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.